# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| RONALD WAYNE SPANN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, pro se, | ) | 1:18-cv-00175-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK PERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2021 Order.

April 9, 2021

Frank G. Johns, Clerk
United States District Court